# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \|CASE 4:18CR260 |
| | \| |
| **V.** | \| |
| | \| |
| **DEVON AINES,** | \| |
|     **Defendant.** | / |

## ATTORNEY'S ACKNOWLEDGMENT OF
## POST-CONVICTION OBLIGATIONS

    I, **JESS W. CLIFTON,** Attorney at Law, understand that I am duty-bound to not only consult with my client following conviction and sentence, but also have him or her express, in writing, his or her decision whether or not to appeal.

Respectfully submitted this 6th day of February, 2019.

                                                        /s/ Jess W. Clifton
                                                        Jess W. Clifton
                                                        Attorney for Defendant
                                                        State Bar No. 997685

Clifton Law Office
PO Box 387
Lyons, GA 30436
912-388-0529
912-388-2509 fax
cliftonlawoffice@gmail.com