UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE 4:18CR260 |
| V. | |
| DEVON AINES,<br>  Defendant. | |

### ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Jess W. Clifton, counsel for the above-named defendant, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time covering July 6-14, 2019 and July 20-28, 2019 for training.

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted regarding the foregoing dates

So ordered, this 7th day of May, 2019.

Magistrate Judge, United States District Court
Southern District of Georgia

Order prepared by:
Jess W. Clifton
Attorney for Defendant
State Bar No. 997685
Clifton Law Office
PO Box 387
Lyons, GA 30436
912-388-0529
912-388-2509 fax
cliftonlawoffice@gmail.com